UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | EDCV 24-0247 JGB (SPx) | Date | September 18, 2024 |
|---|---|---|---|
| Title | *Jose A. Sigala v. Morgan Truck Body LLC, et al.* | | |

Present: The Honorable   JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** Order (1) REQUIRING the Parties to Show Cause re: Failure to Prosecute; (2) COMPELLING the Parties to File Their Joint Rule 26(f) Report No Later Than September 27, 2024; and (3) CONTINUING the Scheduling Conference to October 7, 2024 (IN CHAMBERS)

On December 4, 2023, Plaintiff Jose A. Sigala ("Plaintiff") filed a complaint against Defendant Morgan Truck Body, LLC ("Defendant") in the Superior Court for the State of California, County of Riverside. ("Complaint," Dkt. No. 1-1.) On February 1, 2024, Defendant removed the action. ("Notice of Removal," Dkt. No. 1.) On August 5, 2024, the Court issued an order setting a Scheduling Conference for September 23, 2024. ("Order," Dkt. No. 13.) Pursuant to Federal Rule of Civil Procedure 26(f), Local Rule 26, and this Court's Order, the parties were required to file a Joint Rule 26(f) "**not later than 14 days before [the date of] the [scheduling] conference**." (Order at 2.) See also Fed. R. Civ. P. 26(f); L.R. 26.

As of the date of this order, the parties have not filed their Joint Rule 26(f) Report. Accordingly, the Court, on its own motion, **ORDERS** the parties to show cause why this matter should not be dismissed without prejudice for failure to prosecute. Link v. Wabash R. Co., 370 U.S. 626 (1962). Each party is required to respond in writing, on or before **September 27, 2024**. Failure to respond, or an unsatisfactory response, may result in the imposition of sanctions against either or both of the parties. The Court further **ORDERS** the parties to comply with its Order and file a Joint Rule 26(f) Report no later than **September 27, 2024**. The Scheduling Conference is **CONTINUED** to **October 7, 2024**, at 11:00 a.m.

**IT IS SO ORDERED.**